UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAURA M. STANSBURY,

    Plaintiff,

v.                                          Case No. 3:23-cv-311-TJC-MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## O R D E R

This case is before the Court on pro se Plaintiff Laura M. Stansbury's Motion to Proceed In Forma Pauperis (Doc. 2). On March 24, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that the motion be denied. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. Plaintiff shall pay the filing fee **within sixty (60) days** of this Order. Failure to pay the filing fee in a timely manner will result in the dismissal of this action without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff

Counsel of record